[No. 15594–6–I. Division One. December 30, 1987.]

*In the Matter of the Estate of*
BOBBIE J. FIRCHAU.

AARON FIRCHAU, *as Administrator, Appellant*, v. ALAN C. BUTTERFIELD, *as Administrator, Respondent.*

Appeal from a judgment of the Superior Court for King County, No. E–228024, Anthony P. Wartnik, J., entered October 2, 1984. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams, J. Pro Tem., Dore, J. Pro Tem., dissenting.

[No. 8603–4–II. Division Two. December 31, 1987.]

KARL K. COTTON, ET AL, *Respondents*, v. OCEAN SHORES COMMUNITY CLUB, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 81–2–00427–6, John W. Schumacher, J., entered March 4, 1985. *Affirmed* by unpublished opinion per Utter, J. Pro Tem., concurred in by Draper, J. Pro Tem., Brown, J. Pro Tem., dissenting.

[No. 19913–7–I. Division One. January 4, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD GARRETT TURAY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–00610–7, Herbert M. Stephens, J., entered December 23, 1986. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Scholfield, C.J., and Williams, J.